UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CONTINUUM GROUP LLC,
                       Plaintiff,

-against-

666 PERFORMANCE, LLC,
                       Defendant.
------------------------------------------------------------X

24 Civ. 5834 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pre-trial conference is scheduled for September 18, 2024. Due to a conflict on the Court's calendar, it is hereby

    **ORDERED** that the conference scheduled for September 18, 2024, is **ADJOURNED** to **September 25, 2024, at 4:10 P.M.**

Dated: September 16, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE