UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
THE CONTINUUM GROUP, LLC,                                   :
                                      Plaintiff,            :
                                                            :        24 Civ. 5834 (LGS)
 -against-                                                  :
                                                            :              ORDER
666 PERFORMANCE, LLC,                                       :
                                      Defendant.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held on September 25, 2024.  As discussed at the conference, it is hereby

**ORDERED** that the parties shall engage in limited expedited fact discovery pertaining to Plaintiff's motion for a preliminary injunction as follows:

- Initial requests for production of documents and interrogatories shall be served by **September 25, 2024**.  Responses shall be served by **October 2, 2024**.

- Expedited discovery shall be substantially completed by **October 9, 2024**.

It is further

**ORDERED** that Plaintiff shall file its motion for a preliminary injunction by **October 18, 2024**.  Defendant shall file its opposition by **October 25, 2024**.  By **October 29, 2024**, the parties shall file a pre-hearing order with the relevant information in the Court's Individual Trial Rules 5(a), (b),(c), (g), (h), (j) (first sentence only) and (k).  An evidentiary hearing will be held on **November 4, 2024**, **at 2:30 P.M**. in Thurgood Marshall United States Courthouse, Courtroom 1106, 40 Foley Square, New York, New York.

Dated:  September 27, 2024
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE