UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CONTINUUM GROUP, LLC,

                    Plaintiff,

-against-

666 PERFORMANCE, LLC,

                    Defendant.
------------------------------------------------------------X

24 Civ. 5834 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a pre-motion conference was held on October 23, 2024. As discussed at the conference, it is hereby

    **ORDERED** that, by **October 30, 2024**, Plaintiff shall file a letter regarding the timing of any motion to dismiss Defendant's Counterclaim.

Dated: October 24, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE