UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE CONTINUUM GROUP, LLC,                                   :
                              Plaintiff,                    :
                                                            :    24 Civ. 5834 (LGS)
              -against-                                     :
                                                            :    ORDER
666 PERFORMANCE, LLC,                                       :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference regarding Plaintiff's proposed motion to enforce a Rule 45 subpoena is scheduled for March 4, 2025, at 3:15 P.M. It is hereby

**ORDERED** that the conference scheduled for March 4, 2025, at 3:15 P.M. is **RESCHEDULED** to **March 4, 2025, at 10:40 A.M.** The conference will be in person at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007 at Room 1106. If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.

Dated: February 26, 2025
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**