```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
THE CONTINUUM GROUP, LLC,                                    :
                                     Plaintiff,              :
                                                             :      24 Civ. 5834 (LGS)
              -against-                                      :
                                                             :             ORDER
666 PERFORMANCE, LLC,                                        :
                                     Defendant.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference regarding Plaintiff's proposed motion to enforce a Rule 45 subpoena seeking documents from non-party Paine Schwartz Partners, LLC ("Paine Schwartz") is scheduled for March 4, 2025, at 10:40 A.M.

WHEREAS, non-party Paine Schwartz's counsel is located in Washington, D.C. It is hereby

**ORDERED** that, to avoid imposing unnecessary expense on a non-party, the conference scheduled for March 4, 2025, at 10:40 A.M. will be held telephonically. The parties shall call (855) 244-8681 and enter the access code 23111938649. The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time. It is further

**ORDERED** that counsel for Defendant shall provide a copy of this order as soon as possible to counsel for Paine Schwartz.

Dated: February 28, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE