UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                  :
THE CONTINUUM GROUP, LLC,             :
                             Plaintiff,           :
                                                                           :           24 Civ. 5834 (LGS)
 -against-                                                 :
                                                                           :           <u>ORDER</u>
666 PERFORMANCE, LLC,                  :
                             Defendant.       :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a discovery conference to discuss Plaintiff's proposed motion to enforce a Rule 45 subpoena against non-party Paine Schwartz Partners, LLC, ("PSP") was held on March 4, 2025. As discussed at the conference, it is hereby

        **ORDERED** that, by **March 11, 2025**, Plaintiff shall serve Mr. Schwartz with a Rule 45 subpoena. By **March 5, 2025**, Counsel for Defendant and PSP shall inform Plaintiff whether he is authorized to accept service on behalf of Mr. Schwartz. By **March 7, 2025**, the parties shall meet and confer on the scope of production by Mr. Schwartz. Plaintiff's proposed motion to enforce the PSP subpoena is held in abeyance.

Dated: March 4, 2025
       New York, New York

                                                                            **LORNA G. SCHOFIELD**
                                                                     **UNITED STATES DISTRICT JUDGE**