UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CONTINUUM GROUP, LLC,
                     Plaintiff,

-against-

666 PERFORMANCE, LLC,
                     Defendant.
------------------------------------------------------------X

24 Civ. 5834 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference regarding Defendant's proposed motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) was held on July 8, 2025. As discussed at the conference, it is hereby

      **ORDERED** that, by **July 22, 2025**, any party intending to file a summary judgment or other dispositive motion shall file a pre-motion letter.  Any response to such pre-motion letters shall be filed by **July 29, 2025**.  It is further

      **ORDERED** that, by **August 15, 2025**, the parties shall file a joint letter on the status of settlement discussions.  The pre-motion conference scheduled for August 5, 2025, is **ADJOURNED** sine die pending the receipt of the parties' settlement status letter.

Dated: July 8, 2025
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE