USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE CONTINUUM GROUP, LLC,

                Plaintiff,

    -against-

666 PERFORMANCE, LLC,

                Defendant.
------------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**24-CV-5834 (LGS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Settlement Conference in this matter previously scheduled for **Thursday, August 7, 2025 at 10:00 a.m.** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated: August 5, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge