UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
THE CONTINUUM GROUP LLC,  :
:
                           Plaintiff,  :        24 Civ. 5834 (LGS)
:
      -against-  :        ORDER
:
666 PERFORMANCE LLC,  :
:
                          Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed via e-mail that the parties have reached a settlement in principle in this case. The parties' e-mail is appended to this Order. Accordingly, it is hereby

**ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: August 6, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Martin Arms |
| **To:** | Schofield NYSD Chambers |
| **Cc:** | Wesley Mullen; Alleine Castro; Carrano, Cono; Lee, David (Washington, DC) |
| **Subject:** | Continuum v. 666, 24 CV 5834 -- Notification of Settlement in Principle |
| **Date:** | Tuesday, August 5, 2025 12:30:18 PM |

**CAUTION - EXTERNAL:**

CONFIDENTIAL

Dear Judge Schofield and Chambers,

We represent Plaintiff The Continuum Group LLC in *The Continuum Group LLC v. 666 Performance, LLC*, No. 24 CV 5834. We write on behalf of the Parties in this Action to inform the Court that the Parties have now agreed to a settlement in principle, with full documentation to follow.

In light of this agreement, the Parties respectfully request that the Court stay this matter in its entirety for 30 days so that the Parties may focus their resources on finalizing settlement documentation.

The Parties thank the Court for its attention to this matter.

Respectfully,

Martin J.E. Arms

--
Martin J.E. Arms
Mullen PC
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 632-3718
Marms@mullenpc.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.